JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNOX CARWASH, INC., a Delaware corporation; and LENNOX CARWASH PROPERTIES, LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 2-23-cv-03746-RGK-JPR<br><br>Hon. R. Gary Klausner<br><br>**JUDGMENT RE: SUMMARY JUDGMENT**<br><br><u>Filed concurrently with</u>:<br>Notice of Motion; Memorandum of Points and Authorities; Separate Statement of Material Facts; Request for Judicial Notice; and Declarations of Eric Horstmann, Celia Moutes-Lee, Lytonia Sanders, Paul Hamilton, and Scott Ward<br><br>Date:   February 20, 2024<br>Time:  9:00 AM<br>Ctrm.: 850 (8th Floor)<br><br>Complaint Filed: April 13, 2023 |

**IT IS HEREBY ORDERED THAT:**

Defendant AMCO Insurance Company of America's ("AMCO") Motion for Summary Judgment, filed on January 20, 2024, was taken under submission by the Honorable R. Gary Klausner District Court Judge Presiding. On February 26, 2024, after full consideration of the moving, opposition, and reply papers, and the evidence and authorities submitted by the parties, the Court found that AMCO is entitled to summary judgment as a matter of law as to Plaintiff Lennox Carwash, Inc.'s ("Lennox") First Cause of Action (Breach of Contract), Second Cause of Action (Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing), and Fourth Cause of Action (Declaratory Relief), and GRANTED Defendant's Motion.

IT IS THEREFORE ADJUDGED, ORDERED AND DECREED:

1. Judgment is entered in favor of Defendant AMCO INSURANCE COMPANY against Plaintiff LENNOX CARWASH, INC.; and

2. Plaintiff LENNOX CARWASH, INC. will take nothing.

**IT IS SO ORDERED**

Dated: 2/28/2024

_____
Hon. R. Gary Klausner
Judge of the District Court